**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LABARGE AND CAROL LABARGE,<br>Plaintiffs,<br>v.<br><br>ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC., DCI DONOR SERVICES, INC. D/B/A TENNESSEE DONOR SERVICES, AND DOES 1-10,<br>Defendants. | Case No.: 3:24-cv-01857-BTM-DEB<br><br>**ORDER:**<br>**(1) DISMISSING WITH PREJUDICE DCI DONOR SERVICES FROM THE ACTION AND**<br>**(2) DENYING AS MOOT MOTION TO SEAL AND MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF NO. 116, 117, 146]** |

On July 21, 2026, the parties jointly stipulated that this action against DCI Donor Services, Inc., be dismissed with prejudice. (ECF No. 146.) Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court **DISMISSES** with prejudice DCI Donor Services from this matter. DCI Donor Services's pending motion to seal and motion for summary judgment are **DENIED** as moot. (ECF Nos. 116, 117.)

**IT IS SO ORDERED.**

Dated: July 21, 2026

Honorable Barry Ted Moskowitz
United States District Judge